RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/13/2010
BY DJ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TERRY SUMLIN | CIVIL ACTION NO. 08-1609 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN GUNTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the unopposed motion for summary judgment [Doc. No. 24] filed by Defendants John Gunter, Cora Coleman, and Ronnie Harris is hereby **GRANTED**, and that Judgment is entered in favor of said Defendants, dismissing with prejudice Plaintiff's claims arising under the Constitution and laws of the United States. The Clerk of Court is instructed to close this case.

MONROE, LOUISIANA, this 13 day of January 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE